UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON FLEET LIMITED, INC.; LONDON FLEET (ILLINOIS), INC.; LONDON FLEET (GEORGIA), INC.; LONDON FLEET (FLORIDA), INC.; and LONDON FLEET ADVERTISING AND BILLBOARDS, LLC; METRO TRANSIT MANAGEMENT, INC.; and YELLOW INVESTMENTS,<br><br>Plaintiffs<br><br>v.<br><br>LONDON TAXIS NORTH AMERICA, INC. a/k/a LONDON TAXIS OF NORTH AMERICA, INC.; and LAWRENCE SMITH,<br><br>Defendants | CIVIL ACTION NO. 04-cv-12325-WGY |

## DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL

Please note the appearance of Joshua C. Krumholz, Esq., of the law firm of Holland & Knight LLP, 10 St. James Avenue, Boston, Massachusetts 02116, in the representation of defendants London Taxis North America, Inc. a/k/a London Taxis Of North America, Inc., and Lawrence Smith in the above-named action.

Dated: December 13, 2004

Respectfully submitted,

DEFENDANTS LONDON TAXIS NORTH AMERICA, INC. a/k/a LONDON TAXIS OF NORTH AMERICA, INC. and LAWRENCE SMITH

By their attorneys

HOLLAND & KNIGHT LLP


/s/ _____
Joshua C. Krumholz (BBO #552573)
Daniel K. Hampton (BBO #634195)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700
joshua.krumholz@hklaw.com
dan.hampton@hklaw.com



# 2460651_v1