UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON FLEET LIMITED, INC.; LONDON FLEET (ILLINOIS), INC.; LONDON FLEET (GEORGIA), INC.; LONDON FLEET (FLORIDA), INC.; and LONDON FLEET ADVERTISING AND BILLBOARDS, LLC; METRO TRANSIT MANAGEMENT, INC.; and YELLOW INVESTMENTS, <br><br>Plaintiffs <br><br>v. <br><br>LONDON TAXIS NORTH AMERICA, INC. a/k/a LONDON TAXIS OF NORTH AMERICA, INC.; and LAWRENCE SMITH, <br><br>Defendants | CIVIL ACTION NO. 04-cv-12325-WGY |

## DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL

Please note the withdrawal of Charles Daniel Knight, Esq., of the law firm of Holland & Knight LLP, 131 South Dearborn Street, 30th Floor, Chicago, IL 60603, in the representation of defendants London Taxis North America, Inc. a/k/a London Taxis Of North America, Inc., and Lawrence Smith in the above-named action.

Dated: December 13, 2004

Respectfully submitted,

DEFENDANTS LONDON TAXIS NORTH AMERICA, INC. a/k/a LONDON TAXIS OF NORTH AMERICA, INC.and LAWRENCE SMITH

By their attorneys

HOLLAND & KNIGHT LLP


/s/_____
Joshua C. Krumholz (BBO #552573)
Daniel K. Hampton  (BBO #634195)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700
joshua.krumholz@hklaw.com
dan.hampton@hklaw.com


Charles Daniel Knight, Esq.
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603

# 2460726_v1