IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| LONDON FLEET LIMITED, INC., LONDON FLEET IL, INC., LONDON FLEET GA, INC., LONDON FLEET FL, INC., LONDON FLEET ADVERTISING AND BILLBOARDS, LLC, METRO TRANSIT MANAGEMENT, INC. and YELLOW INVESTMENTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LONDON TAXIS NORTH AMERICA, INC. a/k/a LONDON TAXIS OF NORTH AMERICA, INC. <br><br> Defendant. | CASE NO. 04-CV-12325-WGY <br><br><br> **NOTICE OF APPEARANCE** |

Please enter the appearance of the undersigned counsel as counsel for the plaintiffs London Fleet Limited, Inc., London Fleet Il, Inc., London Fleet Ga, Inc., London Fleet Fl, Inc., London Fleet Advertising and Billboards, LLC, Metro Transit Management, Inc. and Yellow Investments, Inc. in the above captioned case.

- 2 -

                            LONDON FLEET LIMITED, INC., LONDON FLEET IL, INC., LONDON FLEET GA, INC., LONDON FLEET FL, INC., LONDON FLEET ADVERTISING AND BILLBOARDS, LLC, METRO TRANSIT MANAGEMENT, INC. and YELLOW INVESTMENTS, INC.,

By their attorneys,

*/s/ Erik Bartenhagen*
John P. Driscoll, Jr. (BBO #135360)
Erik P. Bartenhagen (BBO #640003)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

Dated: December 15, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for the defendant by mail on the 15th day of December, 2004.

*/s/ Erik Bartenhagen*
Erik P. Bartenhagen

1386859.1