UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON FLEET LIMITED, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LONDON TAXIS NORTH AMERICA, INC. a/k/a LONDON TAXIS OF NORTH AMERICA, INC. et al.,<br><br>Defendants. | Civil Action No. 04-CV-12325-WGY |

**JOINT MOTION FOR EXTENSION OF TIME
TO RESPOND TO SECOND AMENDED COMPLAINT**

Plaintiffs and defendants hereby jointly move this Court to extend the time within which defendants must answer or otherwise respond to the Second Amended Complaint until on or before February 15, 2005. As grounds for this motion, the parties state that:

1. Defendants' response to the Second Amended Complaint is currently due on January 15, 2005.

2. The parties presently are in ongoing settlement negotiations, and therefore are directing their time and energy toward resolution of the overall litigation. It is the parties' hope that this matter can be resolved without the need for further litigation.

**CONCLUSION**

The parties respectfully request that this Court grant defendants until February 15, 2005, to answer or otherwise respond to the Second Amended Complaint.

- 2 -

Respectfully submitted,

| | |
|---|---|
| LONDON FLEET LIMITED, INC., LONDON FLEET (ILLINOIS), INC., LONDON FLEET (GEORGIA), INC., LONDON FLEET (FLORIDA), INC., LONDON FLEET ADVERTISING AND BILLBOARDS, LLC, METRO TRANSIT MANAGEMENT, INC. and YELLOW INVESTMENTS, INC., | LONDON TAXIS NORTH AMERICA, INC. and LAWRENCE SMITH, |
| By their attorneys, | By their attorneys, |
| MICHAEL BEST & FRIEDRICH LLP | HOLLAND & KNIGHT LLP |
| /s/_____ <br> Michael A. Stiegel, Esq. <br> Helen M. Burke, Esq. <br> Raymond M. Krauze, Esq. <br> 401 N. Michigan Avenue, Suite 1900 <br> Chicago, IL 60611 <br> (312) 222-0800 | /s/_____ <br> Joshua C. Krumholz (BBO #552573) <br> Daniel K. Hampton (BBO #634195) <br> 10 St. James Avenue <br> Boston, MA 02116 <br> (617) 523-2700 <br> joshua.krumholz@hklaw.com <br> dan.hampton@hklaw.com |
| John P. Driscoll, Jr., Esq. <br> Erik P. Bartenhagen, Esq. <br> NUTTER, McCLENNEN & FISH, LLP <br> World Trade Center West <br> 155 Seaport Boulevard <br> Boston, MA 02210 | |

Dated: January 14, 2005

IT IS SO ORDERED                    _____

# 2531405_v1