UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LONDON FLEET LIMITED, INC., et al.,

Plaintiffs,

v.                                          Civil Action No. 04-CV-12325-WGY

LONDON TAXIS NORTH AMERICA, INC.
a/k/a LONDON TAXIS OF NORTH
AMERICA, INC. et al.,

Defendants.

## JOINT MOTION FOR EXTENSION OF TIME
## TO RESPOND TO SECOND AMENDED COMPLAINT

Plaintiffs and defendants hereby jointly move this Court to extend the time within which

defendants must answer or otherwise respond to the Second Amended Complaint until on or

before February 25, 2005.  As grounds for this motion, the parties state that:

1.      Defendants' response to the Second Amended Complaint is currently due on

February 15, 2005.

2.      The parties presently are in ongoing settlement negotiations, and therefore are

directing their time and energy toward resolution of the overall litigation.  It is the parties' hope

that this matter can be resolved without the need for further litigation.

### CONCLUSION

The parties respectfully request that this Court grant defendants until February 25, 2005,

to answer or otherwise respond to the Second Amended Complaint.

Respectfully submitted,

| | |
|---|---|
| LONDON FLEET LIMITED, INC., LONDON FLEET (ILLINOIS), INC., LONDON FLEET (GEORGIA), INC., LONDON FLEET (FLORIDA), INC., LONDON FLEET ADVERTISING AND BILLBOARDS, LLC, METRO TRANSIT MANAGEMENT, INC. and YELLOW INVESTMENTS, INC., | LONDON TAXIS NORTH AMERICA, INC. and LAWRENCE SMITH, |
| By their attorneys, | By their attorneys, |
| MICHAEL BEST & FRIEDRICH LLP | HOLLAND & KNIGHT LLP |

| | |
|---|---|
| /s/ _____ | /s/ _____ |
| Michael A. Stiegel, Esq. | Joshua C. Krumholz (BBO #552573) |
| Helen M. Burke, Esq. | Daniel K. Hampton (BBO #634195) |
| Raymond M. Krauze, Esq. | 10 St. James Avenue |
| 401 N. Michigan Avenue, Suite 1900 | Boston, MA  02116 |
| Chicago, IL 60611 | (617) 523-2700 |
| (312) 222-0800 | joshua.krumholz@hklaw.com |
| | dan.hampton@hklaw.com |

John P. Driscoll, Jr., Esq.
Erik P. Bartenhagen, Esq.
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210

Dated:  February 15, 2005

IT IS SO ORDERED                    _____

# 2622648_v1

- 2 -