UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON FLEET LIMITED, INC., et al.,<br><br>                  Plaintiffs,<br><br>      v.<br><br>LONDON TAXIS NORTH AMERICA, INC.<br>a/k/a LONDON TAXIS OF NORTH<br>AMERICA, INC. et al.,<br><br>                  Defendants. | Civil Action No. 04-CV-12325-WGY |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal. R. Civ. P. 41(a)(1)(ii), it is hereby stipulated that all claims and counterclaims stated, or which could have been stated, in the above entitled action by the parties are hereby dismissed, with prejudice, without costs and fees, and with all rights of appeal waived.

# 2624190_v2

- 2 -

Respectfully Submitted,

| | |
|---|---|
| LONDON FLEET LIMITED, INC., LONDON FLEET (ILLINOIS), INC., LONDON FLEET (GEORGIA), INC., LONDON FLEET (FLORIDA), INC., LONDON FLEET ADVERTISING AND BILLBOARDS, LLC, METRO TRANSIT MANAGEMENT, INC. and YELLOW INVESTMENTS, INC., | LONDON TAXIS NORTH AMERICA, INC. and LAWRENCE SMITH, |
| By their attorneys, | By their attorneys, |
| MICHAEL BEST & FRIEDRICH LLP | HOLLAND & KNIGHT LLP |
| /s/ Erik P. Bartenhagen by agreement | /s/ Daniel K. Hampton |
| Michael A. Stiegel, Esq.<br>Helen M. Burke, Esq.<br>Raymond M. Krauze, Esq.<br>401 N. Michigan Avenue, Suite 1900<br>Chicago, IL 60611<br>(312) 222-0800 | Joshua C. Krumholz (BBO #552573)<br>Daniel K. Hampton (BBO #634195)<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700<br>joshua.krumholz@hklaw.com<br>dan.hampton@hklaw.com |
| John P. Driscoll, Jr., Esq.<br>Erik P. Bartenhagen, Esq.<br>NUTTER, McCLENNEN & FISH, LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210 | |

Dated:  February 18, 2005

# 2624190_v2